IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**PERRY BEEBE,**<br>Defendant. | Case No. 24-cr-445<br><br>Hon. Amit P. Mehta |

## WAIVER OF PERSONAL APPEARANCE

Pursuant to Fed. R. Crim. P. 43(b)(2), the defendant, Perry Beebe, waives his right to be present in open court for the arraignment, plea, and sentencing hearing in this matter and requests the Court permit him to appear via two-way interactive video conference technology.

Dated: 10 / 15 / 2024

_____
Perry Beebe

I agree with and consent to client's waiver of personal appearance.

Dated: October  15 , 2024        /s/ Joshua A. Blanchard
                                 Joshua A. Blanchard
                                 BLANCHARD LAW
                                 Attorneys for Defendant
                                 309 S. Lafayette St., Ste. 208
                                 Greenville, MI 48838
                                 616-773-2945
                                 josh@blanchard.law