IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:24-cr-445-APM |
| ) | |
| EMILY SAYER-MAYOSKY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DECLARATION OF ATTORNEY NICOLE E. SPRINGSTEAD-STOLTE
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

I, Nicole E. Springstead-Stolte, hereby declare:

1. My name, office address, and telephone number are as follows:

   Nicole E. Springstead-Stolte
   Springstead Bartish Borgula & Lynch PLLC
   60 Monroe Center St. NW Suite 500
   Grand Rapids, MI 49503
   616-458-5500

2. My state bar membership number is P84532.

3. I have been admitted to the following courts and bars:

   *Admission to Practice*
   Bar of the State of Michigan – Admitted November 23, 2020
   United States District Court for the Western District of Michigan – January 2021
   United States District Court for the Eastern District of Michigan – January 2024
   United States District Court for the District of Colorado- May 2023

   *Pro Hac Vice Admission to Practice*
   United States District Court for the District of Hawaii
   United States District Court for the District of Columbia
   United States District Court for the District of Minnesota

United States District Court for the District of Connecticut

4. I am currently in good standing with all states, courts, and bars in which I am admitted, and have never been disciplined by any bar.

5. I have previously been admitted *pro hac vice* in this Court two times within the last three years.

6. I do not have an office located within the District of Columbia.

7. I am familiar with the Federal Rules of Criminal Procedure and the applicable Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

This, the 18th day of October 2024.

                                              Respectfully submitted,

                                              *Nicole Springstead-Stolte*
                                              Nicole E. Springstead-Stolte  *with permission*
                                              MI State Bar No. P84532
                                              Attorney for Emily Sayer-Mayosky

Nicole E. Springstead-Stolte
60 Monroe Center St. NW  Suite 500
Grand Rapids, MI 49503
Phone: 616-458-5500
Fax: 616-458-6007
Email:  Nicole@sbbllaw.com